**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

MAR - 6 2019

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19CR66 |
| | § | Judge Mazzant |
| FRANKQUEZ JERMAINE GLOVER | § | |

## INDICTMENT

The United States Grand Jury Charges:

## COUNT ONE

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about February 8, 2019, in Collin County, Texas, in the Eastern District of Texas, FRANKQUEZ JERMAINE GLOVER, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce the following firearm: a Norinco, Model 59, 9mm pistol, serial number B09121;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c

As a result of committing the felony offense in violation of 18 U.S.C. § 922(g)(1)

alleged in Count One of this indictment, defendant, FRANKQUEZ JERMAINE

GLOVER, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28

U.S.C. § 2461(c) , all firearms and ammunition involved in the offense, including but not

limited to the following:

1. Norinco, Model 59, 9mm pistol, serial number B09121
2. Any Ammunition associated with the case.


A TRUE BILL

FOREMAN


JOSEPH D. BROWN
UNITED STATES ATTORNEY


for MATTHEW T. JOHNSON
Assistant United States Attorney

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19CR66 |
| | § | Judge Mazzant |
| FRANKQUEZ JERMAINE GLOVER | § | |

## NOTICE OF PENALTY

### Count One

Violation:      18 U.S.C. § 922(g)(1)

Penalty:      Imprisonment of not more than ten years, a fine not to exceed
$250,000, or both; a term of supervised release of not more
than three years.

If it is shown the defendant has three previous convictions by
any court for a violent felony or a serious drug offense, or
both, committed on occasions different from one another -
Imprisonment of 15 years to life, a fine not to exceed
$250,000.00, or both; a term of supervised release of at least
3 years but not more than 5 years.

Special Assessment: $ 100.00